**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CHINH DUC CAO,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>PIONEER HUMAN SERVICES,<br><br>    Garnishee. | NO. 2:18-MC-00075-RSL<br><br>(2:03-CR-00179-MJP-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Pioneer Human Services, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Pioneer Human Services filed its Answer on August 31, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Chinh Duc Cao was an active employee who was paid semi-monthly.

//

//

CONTINUING GARNISHEE ORDER (*USA v. Chinh Duc Cao & Pioneer Human Services,* **Court Nos. 2:18-MC-00075-RSL & 2:03-CR-00179-MJP-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about August 23, 2018, Mr. Cao has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Pioneer Human Services, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Chinh Duc Cao, upon each period of time when Defendant/Judgment Debtor Cao is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Cao's debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payment shall be applied to Defendant/Judgment Debtor Cao's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:03-cr-00179-MJP-1 and 2:18-MC-00075-RSL, and to deliver such payment either personally or by First Class Mail to:

//

CONTINUING GARNISHEE ORDER (*USA v. Chinh Duc Cao & Pioneer Human Services,* Court Nos. 2:18-MC-00075-RSL & 2:03-CR-00179-MJP-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

DATED this 24th day of October, 2018.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

s/ Kerry J. Keefe
KERRY J. KEEFE, WSBA # 17204
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER (***USA v. Chinh Duc
Cao & Pioneer Human Services,* **Court Nos. 2:18-MC-00075-RSL &
2:03-CR-00179-MJP-1) - 3**

**UNITED STATES ATTORNEY'S OFFICE**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970